**FRESNEL TECHNOLOGIES, INC., Plaintiff–Appellee,**

v.

**ROKONET INDUSTRIES USA, INC., Defendant–Appellant.**

No. 04–1067.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2004.

E. Lawrence Vincent, Susman Godfrey, Dallas, TX, for Plaintiff–Appellee.

Martin G. Raskin, Joshua L. Raskin, David B. Sunshine, Steinberg & Raskin, New York, NY, for Defendant–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).